**Doritte GIL, Plaintiff–Appellant,**

v.

**Betzalel TARLOW aka Charles B. Tarlow, Paula Wexler Tarlow, aka Paula S. Wexler, New York City Department of Housing Preservation and Development, Department of Housing and Preservation and Development Inspector Badge # 3232, Defendants–Appellees.**

No. 00–9099.

United States Court of Appeals, Second Circuit.

April 30, 2001.

Victor M. Serby, New York, NY, for appellant.

Margaret G. King, New York, NY, Corporation Counsel, City of New York; Michael D. Hess, Corporation Counsel and Edward F.X. Hart, on the brief, for Municipal appellees.

Peter A. Axelrod, New York, NY, Peter Axelrod & Associates, P.C., for Individual appellees.

Present JACOBS, PARKER, and KATZMANN, Circuit Judges.

### SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be, and it hereby is, AFFIRMED.

Doritte Gil appeals Judge Amon's order granting defendants' motion to dismiss

Gil's claims brought pursuant to 42 U.S.C. § 1983 against the New York City Department of Housing Preservation and Development, HPD Inspector Badge # 3232 and Gil's former tenants. We affirm for substantially the reasons as stated by Judge Amon in her Memorandum and Order.

*See Gil v. Tarlow,* No. 99 CV 5796 (E.D.N.Y. August 4, 2000).